Date: 04/30/2013

# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 07-40071

Debtors:  KIMBERLY WHISNANT HENDERSON
155 Delta Park Drive Apt 3
Shelby, NC  28150

FILED
U.S. Bankruptcy Court
Western District of NC

MAY - 6 2013

Steven T. Salata, Clerk
Charlotte Division
RFV

Account Number: 601740N1

Creditor Information: BENEFICIAL MORTGAGE CO OF NC ? ATTN: PAYMENT PROCESSING ? SCHAUMBURG ? IL ? 60173-4331

Amount of Turnover: $920.00        94-Dsb Ck-Crdtr Prin
Amount of Turnover: $99.88         95-Dsb Ck-Crdtr Int

**Total Turnover Amount: $1,019.88**